Chewy, Inc.    7700 West Sunrise Boulevard Plantation, FL 33322    +1 (786) 3207111 x4466
Matthew Cohick    1031 lincoln st Dickson city, PA 18519

| Name | Company | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|
| Matthew Cohick | Chewy, Inc. | | 270436 | 03/01/2026 | 03/07/2026 | 03/13/2026 | |

| | Hours Worked | Gross Pay | Pre-Tax Deductions | Employee Taxes | Employee Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 25.47 | 612.46 | 183.79 | 68.62 | 14.56 | 345.49 |
| YTD | 352.92 | 10,304.18 | 2,254.85 | 1,579.41 | 1,576.19 | 4,893.73 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Holiday | | | 0 | | 356.00 | OASDI | 29.24 | 542.76 |
| Hours Paid Not Worked | | | 0 | | 445.00 | Medicare | 6.84 | 126.94 |
| Incentive Taxable Gross Up | | | 0 | | 235.88 | Federal Withholding | 11.91 | 535.19 |
| Overtime | | | 0 | | 474.13 | State Tax - PA | 14.48 | 268.76 |
| PTO | 03/01/2026 - 03/07/2026 | 1.75 | 21 | 36.75 | 344.18 | SUI-Employee Paid - PA | 0.43 | 7.21 |
| Regular Hourly | 03/01/2026 - 03/07/2026 | 25.47 | 21 | 534.87 | 7,447.71 | City Tax - ARCHB | 4.72 | 87.55 |
| Shift Differential | 03/01/2026 - 03/07/2026 | 27.22 | 1.5 | 40.84 | 632.41 | PA LST - ARCHB | 1.00 | 11.00 |
| Weather | | | 0 | | 368.87 | | | |
| Earnings | | | | 612.46 | 10,304.18 | Employee Taxes | 68.62 | 1,579.41 |

| Pre-Tax Deductions | | | Employee Post Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401K% | 42.88 | 704.84 | 401K Loan | 14.56 | 160.16 |
| Dental | 6.91 | 76.01 | Earned Wage Access | | 1,260.84 |
| HSA EE FID | 30.00 | 330.00 | Incentive Taxable GP Offset | | 155.19 |
| Medical | 100.59 | 1,106.49 | | | |
| Vision | 3.41 | 37.51 | | | |
| Pre-Tax Deductions | 183.79 | 2,254.85 | Employee Post Tax Deductions | 14.56 | 1,576.19 |

| Employer Paid Benefits | | | Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401K Match | 18.38 | 302.10 | OASDI - Taxable Wages | 471.55 | 8,754.17 |
| HSA ER | 15.38 | 169.18 | Medicare - Taxable Wages | 471.55 | 8,754.17 |
| | | | Federal Withholding - Taxable Wages | 428.67 | 8,049.33 |
| | | | State Tax Taxable Wages - PA | 471.55 | 8,754.17 |
| Employer Paid Benefits | 33.76 | 471.28 | City Tax Taxable Wages - ARCHB | 471.55 | 8,754.17 |

| | Federal | State | Absence Plans | | | |
|---|---|---|---|---|---|---|
| Marital Status | Single or Married filing separately | | Description | Accrued | Taken | Available |
| Allowances | 0 | 0 | Non-Exempt Paid Time Off | 1.54 | 1.75 | 3.12 |
| Additional Withholding | 0 | 0 | PTO Prior Balance (Non Exempt) | 0 | 0 | 0 |
| | | | Sick Prior Balance (Non Exempt) | 0 | 0 | 0 |

| Payment Information | | | | | |
|---|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount | |
| Wells fargo | Wells fargo ******6322 | ******6322 | | 295.49 | USD |
| Chime | Chime ******6129 | ******6129 | | 50.00 | USD |

## Important Notes

PTO IN ACCORDANCE WITH COMPANY POLICY

Chewy, Inc.   7700 West Sunrise Boulevard Plantation, FL 33322   +1 (786) 3207111 x4466
Matthew Cohick    1031 lincoln st Dickson city, PA 18519

| Name | Company | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|------|---------|--|-------------|------------------|----------------|------------|--------------|
| Matthew Cohick | Chewy, Inc. | | 270436 | 03/08/2026 | 03/14/2026 | 03/20/2026 | |

| | Hours Worked | Gross Pay | Pre-Tax Deductions | Employee Taxes | Employee Post Tax Deductions | Net Pay |
|--|-------------|-----------|--------------------|----------------|-------------------------------|---------|
| Current | 28.10 | 632.26 | 185.17 | 72.77 | 250.03 | 124.29 |
| YTD | 381.02 | 10,936.44 | 2,440.02 | 1,652.18 | 1,826.22 | 5,018.02 |

| Earnings | | | | | | Employee Taxes | | |
|----------|--|--|--|--|--|----------------|--|--|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Holiday | | | | 0 | 356.00 | OASDI | 30.46 | 573.22 |
| Hours Paid Not Worked | | | | 0 | 445.00 | Medicare | 7.12 | 134.06 |
| Incentive Taxable Gross Up | | | | 0 | 235.88 | Federal Withholding | 13.75 | 548.94 |
| Overtime | | | | 0 | 474.13 | State Tax - PA | 15.08 | 283.84 |
| PTO | | | | 0 | 344.18 | SUI-Employee Paid - PA | 0.45 | 7.66 |
| Regular Hourly | 03/08/2026 - 03/14/2026 | 28.1 | 21 | 590.10 | 8,037.81 | City Tax - ARCHB | 4.91 | 92.46 |
| Shift Differential | 03/08/2026 - 03/14/2026 | 28.1 | 1.5 | 42.16 | 674.57 | PA LST - ARCHB | 1.00 | 12.00 |
| Weather | | | | 0 | 368.87 | | | |
| Earnings | | | | 632.26 | 10,936.44 | Employee Taxes | 72.77 | 1,652.18 |

| Pre-Tax Deductions | | | Employee Post Tax Deductions | | |
|--------------------|--|--|------------------------------|--|--|
| Description | Amount | YTD | Description | Amount | YTD |
| 401K% | 44.26 | 749.10 | 401K Loan | 14.56 | 174.72 |
| Dental | 6.91 | 82.92 | Earned Wage Access | 235.47 | 1,496.31 |
| HSA EE FID | 30.00 | 360.00 | Incentive Taxable GP Offset | | 155.19 |
| Medical | 100.59 | 1,207.08 | | | |
| Vision | 3.41 | 40.92 | | | |
| Pre-Tax Deductions | 185.17 | 2,440.02 | Employee Post Tax Deductions | 250.03 | 1,826.22 |

| Employer Paid Benefits | | | Taxable Wages | | |
|------------------------|--|--|---------------|--|--|
| Description | Amount | YTD | Description | Amount | YTD |
| 401K Match | 18.97 | 321.07 | OASDI - Taxable Wages | 491.35 | 9,245.52 |
| HSA ER | 15.38 | 184.56 | Medicare - Taxable Wages | 491.35 | 9,245.52 |
| | | | Federal Withholding - Taxable Wages | 447.09 | 8,496.42 |
| | | | State Tax Taxable Wages - PA | 491.35 | 9,245.52 |
| Employer Paid Benefits | 34.35 | 505.63 | City Tax Taxable Wages - ARCHB | 491.35 | 9,245.52 |

| | Federal | State | Absence Plans | | | |
|--|---------|-------|---------------|--|--|--|
| Marital Status | Single or Married filing separately | | Description | Accrued | Taken | Available |
| Allowances | 0 | 0 | Non-Exempt Paid Time Off | 1.54 | 0 | 4.66 |
| Additional Withholding | 0 | 0 | PTO Prior Balance (Non Exempt) | 0 | 0 | 0 |
| | | | Sick Prior Balance (Non Exempt) | 0 | 0 | 0 |

| Payment Information | | | | | |
|---------------------|--|--|--|--|--|
| Bank | Account Name | Account Number | USD Amount | Amount | |
| Chime | Chime ******6129 | ******6129 | | 50.00 | USD |
| Wells fargo | Wells fargo ******6322 | ******6322 | | 74.29 | USD |

## Important Notes

PTO IN ACCORDANCE WITH COMPANY POLICY

Chewy, Inc.   7700 West Sunrise Boulevard Plantation, FL 33322   +1 (786) 3207111 x4466
Matthew Cohick   1031 lincoln st Dickson city, PA 18519

| Name | Company | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|
| Matthew Cohick | Chewy, Inc. | | 270436 | 03/15/2026 | 03/21/2026 | 03/27/2026 | |

| | Hours Worked | Gross Pay | Pre-Tax Deductions | Employee Taxes | Employee Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 20.33 | 558.02 | 179.98 | 57.12 | 53.05 | 267.87 |
| YTD | 401.35 | 11,494.46 | 2,620.00 | 1,709.30 | 1,879.27 | 5,285.89 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Holiday | | | 0 | | 356.00 | OASDI | 25.86 | 599.08 |
| Hours Paid Not Worked | | | 0 | | 445.00 | Medicare | 6.05 | 140.11 |
| Incentive Taxable Gross Up | | | 0 | | 235.88 | Federal Withholding | 6.84 | 555.78 |
| Overtime | | | 0 | | 474.13 | State Tax - PA | 12.81 | 296.65 |
| PTO | 03/15/2026 - 03/21/2026 | 2.97 | 21 | 62.37 | 406.55 | SUI-Employee Paid - PA | 0.39 | 8.05 |
| Planned Building Closure | 03/15/2026 - 03/21/2026 | 1.5 | 21 | 31.50 | 31.50 | City Tax - ARCHB | 4.17 | 96.63 |
| Regular Hourly | 03/15/2026 - 03/21/2026 | 20.33 | 21 | 426.93 | 8,464.74 | PA LST - ARCHB | 1.00 | 13.00 |
| Shift Differential | 03/15/2026 - 03/21/2026 | 24.8 | 1.5 | 37.22 | 711.79 | | | |
| Weather | | | 0 | | 368.87 | | | |
| Earnings | | | | 558.02 | 11,494.46 | Employee Taxes | 57.12 | 1,709.30 |

| Pre-Tax Deductions | | | Employee Post Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401K% | 39.07 | 788.17 | 401K Loan | 14.56 | 189.28 |
| Dental | 6.91 | 89.83 | Earned Wage Access | 38.49 | 1,534.80 |
| HSA EE FID | 30.00 | 390.00 | Incentive Taxable GP Offset | | 155.19 |
| Medical | 100.59 | 1,307.67 | | | |
| Vision | 3.41 | 44.33 | | | |
| Pre-Tax Deductions | 179.98 | 2,620.00 | Employee Post Tax Deductions | 53.05 | 1,879.27 |

| Employer Paid Benefits | | | Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401K Match | 16.75 | 337.82 | OASDI - Taxable Wages | 417.11 | 9,662.63 |
| HSA ER | 15.38 | 199.94 | Medicare - Taxable Wages | 417.11 | 9,662.63 |
| | | | Federal Withholding - Taxable Wages | 378.04 | 8,874.46 |
| | | | State Tax Taxable Wages - PA | 417.11 | 9,662.63 |
| Employer Paid Benefits | 32.13 | 537.76 | City Tax Taxable Wages - ARCHB | 417.11 | 9,662.63 |

| | Federal | State | Absence Plans | | | |
|---|---|---|---|---|---|---|
| Marital Status | Single or Married filing separately | | Description | Accrued | Taken | Available |
| Allowances | 0 | 0 | Non-Exempt Paid Time Off | 1.54 | 2.97 | 3.23 |
| Additional Withholding | 0 | 0 | PTO Prior Balance (Non Exempt) | 0 | 0 | 0 |
| | | | Sick Prior Balance (Non Exempt) | 0 | 0 | 0 |

| Payment Information | | | | | |
|---|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount | |
| Chime | Chime ******6129 | ******6129 | | 50.00 | USD |
| Wells fargo | Wells fargo ******6322 | ******6322 | | 217.87 | USD |

## Important Notes

PTO IN ACCORDANCE WITH COMPANY POLICY

Chewy, Inc.  7700 West Sunrise Boulevard Plantation, FL 33322  +1 (786) 3207111 x4466
Matthew Cohick  1031 lincoln st Dickson city, PA 18519

| Name | Company | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|
| Matthew Cohick | Chewy, Inc. | | 270436 | 03/22/2026 | 03/28/2026 | 04/03/2026 | |

| | Hours Worked | Gross Pay | Pre-Tax Deductions | Employee Taxes | Employee Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 32.80 | 801.01 | 196.99 | 109.49 | 180.03 | 314.50 |
| YTD | 434.15 | 12,295.47 | 2,816.99 | 1,818.79 | 2,059.30 | 5,600.39 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Holiday | | | 0 | | 356.00 | OASDI | 40.93 | 640.01 |
| Hours Paid Not Worked | | | 0 | | 445.00 | Medicare | 9.57 | 149.68 |
| Incentive Taxable Gross Up | | | 0 | | 235.88 | Federal Withholding | 30.56 | 586.34 |
| Overtime | | | 0 | | 474.13 | State Tax - PA | 20.27 | 316.92 |
| PTO | 03/22/2026 - 03/28/2026 | 2.8 | 21 | 58.80 | 465.35 | SUI-Employee Paid - PA | 0.56 | 8.61 |
| Planned Building Closure | | | 0 | | 31.50 | City Tax - ARCHB | 6.60 | 103.23 |
| Regular Hourly | 03/22/2026 - 03/28/2026 | 32.8 | 21 | 688.80 | 9,153.54 | PA LST - ARCHB | 1.00 | 14.00 |
| Shift Differential | 03/22/2026 - 03/28/2026 | 35.6 | 1.5 | 53.41 | 765.20 | | | |
| Weather | | | 0 | | 368.87 | | | |
| Earnings | | | | 801.01 | 12,295.47 | Employee Taxes | 109.49 | 1,818.79 |

| Pre-Tax Deductions | | | Employee Post Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401K% | 56.08 | 844.25 | 401K Loan | 14.56 | 203.84 |
| Dental | 6.91 | 96.74 | Earned Wage Access | 165.47 | 1,700.27 |
| HSA EE FID | 30.00 | 420.00 | Incentive Taxable GP Offset | | 155.19 |
| Medical | 100.59 | 1,408.26 | | | |
| Vision | 3.41 | 47.74 | | | |
| Pre-Tax Deductions | 196.99 | 2,816.99 | Employee Post Tax Deductions | 180.03 | 2,059.30 |

| Employer Paid Benefits | | | Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401K Match | 24.04 | 361.86 | OASDI - Taxable Wages | 660.10 | 10,322.73 |
| HSA ER | 15.38 | 215.32 | Medicare - Taxable Wages | 660.10 | 10,322.73 |
| | | | Federal Withholding - Taxable Wages | 604.02 | 9,478.48 |
| | | | State Tax Taxable Wages - PA | 660.10 | 10,322.73 |
| Employer Paid Benefits | 39.42 | 577.18 | City Tax Taxable Wages - ARCHB | 660.10 | 10,322.73 |

| | Federal | State | Absence Plans | | | |
|---|---|---|---|---|---|---|
| Marital Status | Single or Married filing separately | | Description | Accrued | Taken | Available |
| Allowances | 0 | 0 | Non-Exempt Paid Time Off | 1.54 | 2.8 | 1.97 |
| Additional Withholding | 0 | 0 | PTO Prior Balance (Non Exempt) | 0 | 0 | 0 |
| | | | Sick Prior Balance (Non Exempt) | 0 | 0 | 0 |

| Payment Information | | | | | |
|---|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount | |
| Chime | Chime ******6129 | ******6129 | | 50.00 | USD |
| Wells fargo | Wells fargo ******6322 | ******6322 | | 264.50 | USD |

## Important Notes

PTO IN ACCORDANCE WITH COMPANY POLICY

Matthew Cohick   1031 lincoln st Dickson city, PA 18519

| Name | Company | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|
| Matthew Cohick | Chewy, Inc. | | 270436 | 03/29/2026 | 04/04/2026 | 04/10/2026 | |

| | Hours Worked | Gross Pay | Pre-Tax Deductions | Employee Taxes | Employee Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 36.73 | 869.63 | 201.79 | 125.24 | 58.05 | 484.55 |
| YTD | 470.88 | 13,165.10 | 3,018.78 | 1,944.03 | 2,117.35 | 6,084.94 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Holiday | | | 0 | | 356.00 | OASDI | 45.18 | 685.19 |
| Hours Paid Not Worked | | | 0 | | 445.00 | Medicare | 10.57 | 160.25 |
| Incentive Taxable Gross Up | | | 0 | | 235.88 | Federal Withholding | 38.22 | 624.56 |
| Overtime | | | 0 | | 474.13 | State Tax - PA | 22.37 | 339.29 |
| PTO | 03/29/2026 - 04/04/2026 | 1.92 | 21 | 40.32 | 505.67 | SUI-Employee Paid - PA | 0.61 | 9.22 |
| Planned Building Closure | | | 0 | | 31.50 | City Tax - ARCHB | 7.29 | 110.52 |
| Regular Hourly | 03/29/2026 - 04/04/2026 | 36.73 | 21 | 771.33 | 9,924.87 | PA LST - ARCHB | 1.00 | 15.00 |
| Shift Differential | 03/29/2026 - 04/04/2026 | 38.65 | 1.5 | 57.98 | 823.18 | | | |
| Weather | | | 0 | | 368.87 | | | |
| Earnings | | | | 869.63 | 13,165.10 | Employee Taxes | 125.24 | 1,944.03 |

| Pre-Tax Deductions | | | Employee Post Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401K% | 60.88 | 905.13 | 401K Loan | 14.56 | 218.40 |
| Dental | 6.91 | 103.65 | Earned Wage Access | 43.49 | 1,743.76 |
| HSA EE FID | 30.00 | 450.00 | Incentive Taxable GP Offset | | 155.19 |
| Medical | 100.59 | 1,508.85 | | | |
| Vision | 3.41 | 51.15 | | | |
| Pre-Tax Deductions | 201.79 | 3,018.78 | Employee Post Tax Deductions | 58.05 | 2,117.35 |

| Employer Paid Benefits | | | Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401K Match | 26.09 | 387.95 | OASDI - Taxable Wages | 728.72 | 11,051.45 |
| HSA ER | 15.38 | 230.70 | Medicare - Taxable Wages | 728.72 | 11,051.45 |
| | | | Federal Withholding - Taxable Wages | 667.84 | 10,146.32 |
| | | | State Tax Taxable Wages - PA | 728.72 | 11,051.45 |
| Employer Paid Benefits | 41.47 | 618.65 | City Tax Taxable Wages - ARCHB | 728.72 | 11,051.45 |

| | Federal | State | Absence Plans | | | |
|---|---|---|---|---|---|---|
| Marital Status | Single or Married filing separately | | Description | Accrued | Taken | Available |
| Allowances | 0 | 0 | Non-Exempt Paid Time Off | 1.54 | 1.92 | 1.59 |
| Additional Withholding | 0 | 0 | PTO Prior Balance (Non Exempt) | 0 | 0 | 0 |
| | | | Sick Prior Balance (Non Exempt) | 0 | 0 | 0 |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| Chime | Chime ******6129 | ******6129 | | 50.00   USD |
| Wells fargo | Wells fargo ******6322 | ******6322 | | 434.55   USD |

## Important Notes

PTO IN ACCORDANCE WITH COMPANY POLICY

Chewy, Inc.   7700 West Sunrise Boulevard Plantation, FL 33322   +1 (786) 3207111 x4466
Matthew Cohick   1031 lincoln st Dickson city, PA 18519

| Name | Company | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|
| Matthew Cohick | Chewy, Inc. | | 270436 | 04/05/2026 | 04/11/2026 | 04/17/2026 | |

| | Hours Worked | Gross Pay | Pre-Tax Deductions | Employee Taxes | Employee Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 27.33 | 621.77 | 184.44 | 70.55 | 168.05 | 198.73 |
| YTD | 498.21 | 13,786.87 | 3,203.22 | 2,014.58 | 2,285.40 | 6,283.67 |

| Earnings | | | | | |
|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD |
| Holiday | | | 0 | | 356.00 |
| Hours Paid Not Worked | | | 0 | | 445.00 |
| Incentive Taxable Gross Up | | | 0 | | 235.88 |
| Overtime | | | 0 | | 474.13 |
| PTO | | | 0 | | 505.67 |
| Planned Building Closure | | | 0 | | 31.50 |
| Regular Hourly | 04/05/2026 - 04/11/2026 | 27.33 | 21.25 | 580.77 | 10,505.64 |
| Shift Differential | 04/05/2026 - 04/11/2026 | 27.33 | 1.5 | 41.00 | 864.18 |
| Weather | | | 0 | | 368.87 |
| Earnings | | | | 621.77 | 13,786.87 |

| Employee Taxes | | |
|---|---|---|
| Description | Amount | YTD |
| OASDI | 29.81 | 715.00 |
| Medicare | 6.97 | 167.22 |
| Federal Withholding | 12.77 | 637.33 |
| State Tax - PA | 14.76 | 354.05 |
| SUI-Employee Paid - PA | 0.43 | 9.65 |
| City Tax - ARCHB | 4.81 | 115.33 |
| PA LST - ARCHB | 1.00 | 16.00 |
| Employee Taxes | 70.55 | 2,014.58 |

| Pre-Tax Deductions | | |
|---|---|---|
| Description | Amount | YTD |
| 401K% | 43.53 | 948.66 |
| Dental | 6.91 | 110.56 |
| HSA EE FID | 30.00 | 480.00 |
| Medical | 100.59 | 1,609.44 |
| Vision | 3.41 | 54.56 |
| Pre-Tax Deductions | 184.44 | 3,203.22 |

| Employee Post Tax Deductions | | |
|---|---|---|
| Description | Amount | YTD |
| 401K Loan | 14.56 | 232.96 |
| Earned Wage Access | 153.49 | 1,897.25 |
| Incentive Taxable GP Offset | | 155.19 |
| Employee Post Tax Deductions | 168.05 | 2,285.40 |

| Employer Paid Benefits | | |
|---|---|---|
| Description | Amount | YTD |
| 401K Match | 18.66 | 406.61 |
| HSA ER | 15.38 | 246.08 |
| Employer Paid Benefits | 34.04 | 652.69 |

| Taxable Wages | | |
|---|---|---|
| Description | Amount | YTD |
| OASDI - Taxable Wages | 480.86 | 11,532.31 |
| Medicare - Taxable Wages | 480.86 | 11,532.31 |
| Federal Withholding - Taxable Wages | 437.33 | 10,583.65 |
| State Tax Taxable Wages - PA | 480.86 | 11,532.31 |
| City Tax Taxable Wages - ARCHB | 480.86 | 11,532.31 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

| Absence Plans | | | |
|---|---|---|---|
| Description | Accrued | Taken | Available |
| Non-Exempt Paid Time Off | 2.31 | 0 | 3.9 |
| PTO Prior Balance (Non Exempt) | 0 | 0 | 0 |
| Sick Prior Balance (Non Exempt) | 0 | 0 | 0 |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| Chime | Chime ******6129 | ******6129 | | 50.00 USD |
| Wells fargo | Wells fargo ******6322 | ******6322 | | 148.73 USD |

## Important Notes

PTO IN ACCORDANCE WITH COMPANY POLICY

Chewy, Inc.   7700 West Sunrise Boulevard Plantation, FL 33322   +1 (786) 3207111 x4466
Matthew Cohick   1031 lincoln st Dickson city, PA 18519

| Name | Company | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|
| Matthew Cohick | Chewy, Inc. | | 270436 | 04/12/2026 | 04/18/2026 | 04/24/2026 | |

| | Hours Worked | Gross Pay | Pre-Tax Deductions | Employee Taxes | Employee Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 35.08 | 864.74 | 201.45 | 124.11 | 175.03 | 364.15 |
| YTD | 533.29 | 14,651.61 | 3,404.67 | 2,138.69 | 2,460.43 | 6,647.82 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Holiday | | | 0 | | 356.00 | OASDI | 44.88 | 759.88 |
| Hours Paid Not Worked | | | 0 | | 445.00 | Medicare | 10.49 | 177.71 |
| Incentive Taxable Gross Up | | | 0 | | 235.88 | Federal Withholding | 37.67 | 675.00 |
| Overtime | | | 0 | | 474.13 | State Tax - PA | 22.22 | 376.27 |
| PTO | 04/12/2026 - 04/18/2026 | 2.93 | 21.25 | 62.27 | 567.94 | SUI-Employee Paid - PA | 0.61 | 10.26 |
| Planned Building Closure | | | 0 | | 31.50 | City Tax - ARCHB | 7.24 | 122.57 |
| Regular Hourly | 04/12/2026 - 04/18/2026 | 35.08 | 21.25 | 745.45 | 11,251.09 | PA LST - ARCHB | 1.00 | 17.00 |
| Shift Differential | 04/12/2026 - 04/18/2026 | 38.01 | 1.5 | 57.02 | 921.20 | | | |
| Weather | | | 0 | | 368.87 | | | |
| Earnings | | | | 864.74 | 14,651.61 | Employee Taxes | 124.11 | 2,138.69 |

| Pre-Tax Deductions | | | Employee Post Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401K% | 60.54 | 1,009.20 | 401K Loan | 14.56 | 247.52 |
| Dental | 6.91 | 117.47 | Earned Wage Access | 160.47 | 2,057.72 |
| HSA EE FID | 30.00 | 510.00 | Incentive Taxable GP Offset | | 155.19 |
| Medical | 100.59 | 1,710.03 | | | |
| Vision | 3.41 | 57.97 | | | |
| Pre-Tax Deductions | 201.45 | 3,404.67 | Employee Post Tax Deductions | 175.03 | 2,460.43 |

| Employer Paid Benefits | | | Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401K Match | 25.95 | 432.56 | OASDI - Taxable Wages | 723.83 | 12,256.14 |
| HSA ER | 15.38 | 261.46 | Medicare - Taxable Wages | 723.83 | 12,256.14 |
| | | | Federal Withholding - Taxable Wages | 663.29 | 11,246.94 |
| | | | State Tax Taxable Wages - PA | 723.83 | 12,256.14 |
| Employer Paid Benefits | 41.33 | 694.02 | City Tax Taxable Wages - ARCHB | 723.83 | 12,256.14 |

| | Federal | State | Absence Plans | | | |
|---|---|---|---|---|---|---|
| Marital Status | Single or Married filing separately | | Description | Accrued | Taken | Available |
| | | | Non-Exempt Paid Time Off | 2.31 | 2.93 | 3.28 |
| Allowances | 0 | 0 | PTO Prior Balance (Non Exempt) | 0 | 0 | 0 |
| Additional Withholding | 0 | 0 | Sick Prior Balance (Non Exempt) | 0 | 0 | 0 |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| Chime | Chime ******6129 | ******6129 | | 50.00 USD |
| Wells fargo | Wells fargo ******6322 | ******6322 | | 314.15 USD |

## Important Notes

PTO IN ACCORDANCE WITH COMPANY POLICY

| Name | Company | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|------|---------|--|-------------|------------------|----------------|------------|--------------|
| Matthew Cohick | Chewy, Inc. | | 270436 | 04/19/2026 | 04/25/2026 | 05/01/2026 | |

| | Hours Worked | Gross Pay | Pre-Tax Deductions | Employee Taxes | Employee Post Tax Deductions | Net Pay |
|--|-------------|-----------|--------------------|----------------|------------------------------|---------|
| Current | 24.90 | 640.44 | 185.75 | 74.51 | 224.03 | 156.15 |
| YTD | 558.19 | 15,292.05 | 3,590.42 | 2,213.20 | 2,684.46 | 6,803.97 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|-------------|-------|-------|------|--------|-----|
| Holiday | | | 0 | | 356.00 |
| Hours Paid Not Worked | | | 0 | | 445.00 |
| Incentive Taxable Gross Up | | | 0 | | 235.88 |
| Overtime | | | 0 | | 474.13 |
| PTO | 04/19/2026 - 04/25/2026 | 3.25 | 21.25 | 69.07 | 637.01 |
| Planned Building Closure | | | 0 | | 31.50 |
| Regular Hourly | 04/19/2026 - 04/25/2026 | 24.9 | 21.25 | 529.13 | 11,780.22 |
| Shift Differential | 04/19/2026 - 04/25/2026 | 28.15 | 1.5 | 42.24 | 963.44 |
| Weather | | | 0 | | 368.87 |
| Earnings | | | | 640.44 | 15,292.05 |

### Employee Taxes

| Description | Amount | YTD |
|-------------|--------|-----|
| OASDI | 30.97 | 790.85 |
| Medicare | 7.25 | 184.96 |
| Federal Withholding | 14.51 | 689.51 |
| State Tax - PA | 15.34 | 391.61 |
| SUI-Employee Paid - PA | 0.44 | 10.70 |
| City Tax - ARCHB | 5.00 | 127.57 |
| PA LST - ARCHB | 1.00 | 18.00 |
| Employee Taxes | 74.51 | 2,213.20 |

### Pre-Tax Deductions

| Description | Amount | YTD |
|-------------|--------|-----|
| 401K% | 44.84 | 1,054.04 |
| Dental | 6.91 | 124.38 |
| HSA EE FID | 30.00 | 540.00 |
| Medical | 100.59 | 1,810.62 |
| Vision | 3.41 | 61.38 |
| Pre-Tax Deductions | 185.75 | 3,590.42 |

### Employee Post Tax Deductions

| Description | Amount | YTD |
|-------------|--------|-----|
| 401K Loan | 14.56 | 262.08 |
| Earned Wage Access | 209.47 | 2,267.19 |
| Incentive Taxable GP Offset | | 155.19 |
| Employee Post Tax Deductions | 224.03 | 2,684.46 |

### Employer Paid Benefits

| Description | Amount | YTD |
|-------------|--------|-----|
| 401K Match | 19.22 | 451.78 |
| HSA ER | 15.38 | 276.84 |
| Employer Paid Benefits | 34.60 | 728.62 |

### Taxable Wages

| Description | Amount | YTD |
|-------------|--------|-----|
| OASDI - Taxable Wages | 499.53 | 12,755.67 |
| Medicare - Taxable Wages | 499.53 | 12,755.67 |
| Federal Withholding - Taxable Wages | 454.69 | 11,701.63 |
| State Tax Taxable Wages - PA | 499.53 | 12,755.67 |
| City Tax Taxable Wages - ARCHB | 499.53 | 12,755.67 |

| | Federal | State |
|--|---------|-------|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Absence Plans

| Description | Accrued | Taken | Available |
|-------------|---------|-------|-----------|
| Non-Exempt Paid Time Off | 2.31 | 3.25 | 2.34 |
| PTO Prior Balance (Non Exempt) | 0 | 0 | 0 |
| Sick Prior Balance (Non Exempt) | 0 | 0 | 0 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|------|-------------|----------------|------------|--------|--|
| Chime | Chime ******6129 | ******6129 | | 50.00 | USD |
| Wells fargo | Wells fargo ******6322 | ******6322 | | 106.15 | USD |

## Important Notes

PTO IN ACCORDANCE WITH COMPANY POLICY

Chewy, Inc.    7700 West Sunrise Boulevard Plantation, FL 33322    +1 (786) 3207111 x4466
Matthew Cohick    1031 lincoln st Dickson city, PA 18519

| Name | Company | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|
| Matthew Cohick | Chewy, Inc. | | 270436 | 04/26/2026 | 05/02/2026 | 05/08/2026 | |

| | Hours Worked | Gross Pay | Pre-Tax Deductions | Employee Taxes | Employee Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 35.13 | 847.44 | 217.34 | 116.09 | 18.65 | 495.36 |
| YTD | 593.32 | 16,139.49 | 3,807.76 | 2,329.29 | 2,703.11 | 7,299.33 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Holiday | | | 0 | | 356.00 | OASDI | 42.75 | 833.60 |
| Hours Paid Not Worked | | | 0 | | 445.00 | Medicare | 9.99 | 194.95 |
| Incentive Taxable Gross Up | | | 0 | | 235.88 | Federal Withholding | 33.69 | 723.20 |
| Overtime | | | 0 | | 474.13 | State Tax - PA | 21.17 | 412.78 |
| PTO | 04/26/2026 - 05/02/2026 | 2.12 | 21.25 | 45.05 | 682.06 | SUI-Employee Paid - PA | 0.60 | 11.30 |
| Planned Building Closure | | | 0 | | 31.50 | City Tax - ARCHB | 6.89 | 134.46 |
| Regular Hourly | 04/26/2026 - 05/02/2026 | 35.13 | 21.25 | 746.51 | 12,526.73 | PA LST - ARCHB | 1.00 | 19.00 |
| Shift Differential | 04/26/2026 - 05/02/2026 | 37.25 | 1.5 | 55.88 | 1,019.32 | | | |
| Weather | | | 0 | | 368.87 | | | |
| Earnings | | | | 847.44 | 16,139.49 | Employee Taxes | 116.09 | 2,329.29 |

| Pre-Tax Deductions | | | Employee Post Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401K% | 59.33 | 1,113.37 | 401K Loan | 14.56 | 276.64 |
| Dental | 7.88 | 132.26 | Earned Wage Access | | 2,267.19 |
| HSA EE FID | 30.00 | 570.00 | Incentive Taxable GP Offset | | 155.19 |
| Medical | 115.59 | 1,926.21 | Life Insurance EE | 4.06 | 4.06 |
| Vision | 4.54 | 65.92 | Life Insurance Spouse | 0.03 | 0.03 |
| Pre-Tax Deductions | 217.34 | 3,807.76 | Employee Post Tax Deductions | 18.65 | 2,703.11 |

| Employer Paid Benefits | | | Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401K Match | 25.43 | 477.21 | OASDI - Taxable Wages | 689.43 | 13,445.10 |
| HSA ER | 15.38 | 292.22 | Medicare - Taxable Wages | 689.43 | 13,445.10 |
| | | | Federal Withholding - Taxable Wages | 630.10 | 12,331.73 |
| | | | State Tax Taxable Wages - PA | 689.43 | 13,445.10 |
| Employer Paid Benefits | 40.81 | 769.43 | City Tax Taxable Wages - ARCHB | 689.43 | 13,445.10 |

| | Federal | State | Absence Plans | | | |
|---|---|---|---|---|---|---|
| Marital Status | Single or Married filing separately | | Description | Accrued | Taken | Available |
| Allowances | 0 | 0 | Non-Exempt Paid Time Off | 2.31 | 2.12 | 2.53 |
| Additional Withholding | 0 | 0 | PTO Prior Balance (Non Exempt) | 0 | 0 | 0 |
| | | | Sick Prior Balance (Non Exempt) | 0 | 0 | 0 |

| Payment Information | | | | | |
|---|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount | |
| Wells fargo | Wells fargo ******6322 | ******6322 | | 445.36 | USD |
| Chime | Chime ******6129 | ******6129 | | 50.00 | USD |

**Important Notes**

PTO IN ACCORDANCE WITH COMPANY POLICY