United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                              Case No. 26-01369-MJC

Matthew William John Cohick                                         Chapter 7

Kimberly Christian Cohick

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5            User: AutoDocke            Page 1 of 4

Date Rcvd: May 13, 2026            Form ID: 309A            Total Noticed: 59

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 15, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Matthew William John Cohick, Kimberly Christian Cohick, 1031 Lincoln St, Dickson City, PA 18519-1204 |
| tr | + | Jill E. Durkin, Durkin Law, LLC, (Trustee), 401 Marshbrook Road, Factoryville, PA 18419-9533 |
| 5803355 | | Celtic Bank, 268 S State St Ste 300, Salt Lake City, UT 84111-5314 |
| 5803356 | + | Chewy 401(k) Plan, Attn: Zach Tillman, 7700 West Sunrise Boulevard, Plantation, FL 33322-4113 |
| 5803374 | + | January, 4 East 27th Street, PO Box 20099, New York, NY 10001-0005 |
| 5803384 | + | MPLI Capital Holdings, 20 S. Clark Street, Suite 1800, Chicago, IL 60603-1841 |
| 5803382 | | Mariner Finance LLC, 737 Scranton Carbondale Hwy, Scranton, PA 18508-1121 |
| 5803388 | | Pennsylvania Physician Services, LLC, Durham & Durham, LLP, 5665 New Northside Dr Ste 510, Atlanta, GA 30328-4649 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: usbkct@bankruptcypa.com | May 13 2026 18:45:00 | Carlo Sabatini, Sabatini Law Firm, LLC, 216 N. Blakely St., Dunmore, PA 18512 |
| tr | + | EDI: BJEDURKIN | May 13 2026 22:42:00 | Jill E. Durkin, Durkin Law, LLC, (Trustee), 401 Marshbrook Road, Factoryville, PA 18419-9533 |
| ust | + | Email/Text: ustpregion03.ha.ecf@usdoj.gov | May 13 2026 18:45:00 | United States Trustee, US Courthouse, 1501 N. 6th St, Harrisburg, PA 17102-1104 |
| 5803348 | | Email/Text: mnapoletano@ars-llc.biz | May 13 2026 18:45:00 | Ability Recovery Services LLC, PO Box 4262, Scranton, PA 18505-6262 |
| 5803349 | + | Email/PDF: AffirmBKNotifications@resurgent.com | May 13 2026 18:55:44 | Affirm, Attn: Bankruptcy Notice, 30 Isabella St Ste 4, Pittsburgh, PA 15212-5862 |
| 5803365 | | Email/Text: correspondence@credit-control.com | May 13 2026 18:45:00 | Credit Control LLC, 3300 Rider Trl S Ste 500, Earth City, MO 63045-1338 |
| 5803366 | | Email/Text: correspondence@credit-control.com | May 13 2026 18:45:00 | Credit Control, LLC, 8001 Woodland Center Blvd, Suite 200, Tampa, FL 33614 |
| 5803367 | | Email/Text: customercareus@creditcorpsolutionsinc.com | May 13 2026 18:45:00 | Credit Corp Solutions, Inc., 121 W Election Road Suite 200, Draper, UT 84020 |
| 5803371 | | Email/Text: vbacchas@crossriverbank.com | May 13 2026 18:45:00 | Cross River Bank, 885 Teaneck Rd, Teaneck, NJ 07666-4505 |
| 5803350 | | EDI: CAPITALONE.COM | May 13 2026 22:42:00 | Capital One, AttN: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5803351 | + | EDI: CAPITALONE.COM | May 13 2026 22:42:00 | Capital One Bank USA NA, PO Box 31293, Salt |

| | | | |
|---|---|---|---|
| | | | Lake City, UT 84131-0293 |
| 5803352 | | EDI: CAPITALONE.COM | |
| | | May 13 2026 22:42:00 | Capital One Bank USA NA, AttN: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5803353 | + | EDI: CAPITALONE.COM | |
| | | May 13 2026 22:42:00 | Capital One/Walmart, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5803355 | | Email/Text: bankruptcy@celticbank.com | |
| | | May 13 2026 18:45:00 | Celtic Bank, 268 S State St Ste 300, Salt Lake City, UT 84111-5314 |
| 5803357 | ^ | MEBN | |
| | | May 13 2026 18:40:42 | Chime Financial/Stride Bank, PO Box 3448, Enid, OK 73702-3448 |
| 5803359 | | Email/Text: omx-bnc-bk-notices@chime.com | |
| | | May 13 2026 18:45:00 | Chimefin/s, PO Box 417, San Francisco, CA 94104-0417 |
| 5803358 | | Email/Text: omx-bnc-bk-notices@chime.com | |
| | | May 13 2026 18:45:00 | Chimefin/s, Attn: Bankruptcy, PO Box 417, San Francisco, CA 94104-0417 |
| 5803360 | + | EDI: COMCASTCBLCENT | |
| | | May 13 2026 22:42:00 | Comcast Corporation, Comcast Center 1701 John F Kennedy Blvd, Philadelphia, PA 19103-2899 |
| 5803361 | | EDI: WFNNB.COM | |
| | | May 13 2026 22:42:00 | Comenity Bank/Victoria's Secret, PO Box 182789, Columbus, OH 43218-2789 |
| 5803362 | | EDI: WFNNB.COM | |
| | | May 13 2026 22:42:00 | Comenity Capital/Biglots Credit, PO Box 182120, Columbus, OH 43218-2120 |
| 5803363 | | EDI: WFNNB.COM | |
| | | May 13 2026 22:42:00 | Comenity Capital/Carter, PO Box 182120, Columbus, OH 43218-2120 |
| 5803364 | + | EDI: WFNNB.COM | |
| | | May 13 2026 22:42:00 | Comenity Capital/Children's Place, PO Box 182120, Columbus, OH 43218-2120 |
| 5803368 | | Email/PDF: creditonebknotifications@resurgent.com | |
| | | May 13 2026 18:55:44 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 5803369 | | Email/PDF: creditonebknotifications@resurgent.com | |
| | | May 13 2026 18:44:21 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 5803370 | + | Email/PDF: resurgentbknotifications@resurgent.com | |
| | | May 13 2026 18:55:44 | Credit One Bank, N.A., 335 Madison Ave, New York, NY 10017-4611 |
| 5803372 | | EDI: AMINFOFP.COM | |
| | | May 13 2026 22:42:00 | First Premier, Attn: Bankruptcy, 601 S Minnesota Ave, Sioux Falls, SD 57104-4824 |
| 5803373 | | Email/Text: contact@fiwlaw.com | |
| | | May 13 2026 18:45:00 | Frederic I. Weinberg and Associates P.C., 375 E Elm St Ste 210, Conshohocken, PA 19428-1973 |
| 5803375 | | EDI: JPMORGANCHASE | |
| | | May 13 2026 22:42:00 | JPMorgan Chase Bank, Attn: Bankruptcy, PO Box 15299, Wilmington, DE 19850-5299 |
| 5803377 | | Email/Text: bankruptcies@lead.bank | |
| | | May 13 2026 18:45:00 | Lead Bank, 1801 Main Street, Kansas City, MO 64108 |
| 5803379 | | Email/PDF: resurgentbknotifications@resurgent.com | |
| | | May 13 2026 18:55:55 | LVNV Funding LLC, Resurgent Correspondence, Attn: Bankrupt, PO Box 1269, Greenville, SC 29602-1269 |
| 5803380 | | Email/PDF: resurgentbknotifications@resurgent.com | |
| | | May 13 2026 18:55:44 | LVNV Funding LLC, PO Box 10497, Greenville, SC 29603-0497 |
| 5803376 | ^ | MEBN | |
| | | May 13 2026 18:40:44 | Law Offices of Hayt, Hayt & Landau LLC, 2 Industrial Way West, PO Box 500, Eatontown, NJ 07724-0500 |
| 5803385 | ^ | MEBN | |
| | | May 13 2026 18:40:39 | MRS BPO, LLC, 1930 Olney Ave, Cherry Hill, NJ 08003-2016 |
| 5803381 | | Email/Text: bankruptcy@marinerfinance.com | |
| | | May 13 2026 18:45:00 | Mariner Finance, Attn: Bankruptcy, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 5803383 | | Email/Text: bankruptcydpt@mcmcg.com | |
| | | May 13 2026 18:45:00 | Midland Credit Management, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |

| | | | | |
|---|---|---|---|---|
| 5803389 | | EDI: PRA.COM | May 13 2026 22:42:00 | Portfolio Recovery Associates, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 5803390 | | EDI: PRA.COM | May 13 2026 22:42:00 | Portfolio Recovery Associates, LLC, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 5803391 | ^ | MEBN | May 13 2026 18:40:41 | PPL Electric Utilities, 2 N 9th St, Allentown, PA 18101-1139 |
| 5803392 | | Email/Text: signed.order@pfwattorneys.com | May 13 2026 18:45:00 | Pressler, Felt & Warshaw LLP, 7 Entin Rd, Parsippany, NJ 07054-5020 |
| 5803386 | ^ | MEBN | May 13 2026 18:40:40 | Patenaude & Felix, A.P.C, 9619 Chesapeake Dr Ste 300, San Diego, CA 92123-1392 |
| 5803387 | | Email/Text: csc.bankruptcy@amwater.com | May 13 2026 18:45:00 | Pennsylvania American Water Co., PO Box 578, Alton, IL 62002-0578 |
| 5803394 | | Email/PDF: resurgentbknotifications@resurgent.com | May 13 2026 18:55:32 | Resurgent Capital Services, 55 Beattie Pl Ste 110, Greenville, SC 29601-5115 |
| 5803396 | | Email/Text: bankruptcy@springoakscapital.com | May 13 2026 18:45:00 | Spring Oaks Capital, LLC, Attn: Bankruptcy, PO Box 1216, Chesapeake, VA 23327-1216 |
| 5803395 | | Email/Text: bankruptcy@sw-credit.com | May 13 2026 18:45:00 | Southwest Credit Systems, 4120 International Pkwy Ste 1100, Carrollton, TX 75007-1958 |
| 5803397 | | EDI: SYNC | May 13 2026 22:42:00 | Synchrony Bank/Sam's Club, PO Box 965064, Orlando, FL 32896-5064 |
| 5803398 | | EDI: WTRRNBANK.COM | May 13 2026 22:42:00 | TD Bank USA/Target Credit, C/O Financial & Retail Services Mailstop, PO Box 9475, Minneapolis, MN 55440-9475 |
| 5803399 | | Email/Text: nlorenz@bankofmissouri.com | May 13 2026 18:45:00 | The Bank of Missouri, PO Box 400, Dixon, MO 65459-0400 |
| 5803400 | | Email/Text: media@trueaccord.com | May 13 2026 18:45:00 | True Accord, 303 2nd St Ste 750, San Francisco, CA 94107-1366 |
| 5803401 | | Email/Text: bknotice@upgrade.com | May 13 2026 18:45:00 | Upgrade Inc., Attn: Bankruptcy, 275 Battery St, Fl 23, San Francisco, CA 94111-3305 |
| 5803402 | + | Email/Text: UpStart@ebn.phinsolutions.com | May 13 2026 18:45:00 | Upstart Network Inc., PO Box 1503, San Carlos, CA 94070-7503 |
| 5803403 | + | EDI: VERIZONCOMB.COM | May 13 2026 22:42:00 | Verizon Wireless, 500 Technology Drive, Saint Charles, MO 63304-2225 |
| 5803404 | | EDI: VERIZONCOMB.COM | May 13 2026 22:42:00 | Verizon Wireless, 500 Technology Dr Ste 550, Weldon Spring, MO 63304-2225 |
| 5803405 | ^ | MEBN | May 13 2026 18:40:51 | Weltman, Weinberg & Reis Co., L.P.A., 520 Walnut St, Suite 1355, Philadelphia, PA 19106-3602 |

TOTAL: 53

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5803378 | *P++ | LEAD BANK, 1801 MAIN STREET, KANSAS CITY MO 64108-2352, address filed with court:, Lead Bank, 1801 Main Street, Kansas city, MO 64108 |
| 5803393 | *P++ | PRESSLER FELT & WARSHAW LLP, 7 ENTIN RD, PARSIPPANY NJ 07054-5020, address filed with court:, Pressler, Felt & Warshaw, LLP, 7 Entin Rd, Parsippany, NJ 07054-5020 |
| 5803354 | ## | Cascade Capital Funding LLC, 187 High St NE Ste 216, Salem, OR 97301-3952 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 15, 2026        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 13, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Carlo Sabatini | on behalf of Debtor 2 Kimberly Christian Cohick usbkct@bankruptcypa.com kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatini.carlob107053@notify-prod.bestcase.com;ashley.bankruptcypa.com@recap.email |
| Carlo Sabatini | on behalf of Debtor 1 Matthew William John Cohick usbkct@bankruptcypa.com kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatini.carlob107053@notify-prod.bestcase.com;ashley.bankruptcypa.com@recap.email |
| Jill E. Durkin | jilldurkinesq@gmail.com PA92@ecfcbis.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

| Information to identify the case: | | |
|---|---|---|
| **Debtor 1:** | Matthew William John Cohick<br>First Name   Middle Name   Last Name | Social Security number or ITIN:   xxx–xx–1410<br>EIN:   _ _–_ _ _ _ _ _ _ |
| **Debtor 2:**<br>(Spouse, if filing) | Kimberly Christian Cohick<br>First Name   Middle Name   Last Name | Social Security number or ITIN:   xxx–xx–4991<br>EIN:   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court:   Middle District of Pennsylvania | | Date case filed for chapter:       7     5/12/26 |
| Case number:   5:26–bk–01369–MJC | | |

Official Form 309A (For Individuals or Joint Debtors)

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline

10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| **1.** | **Debtor's full name** | Matthew William John Cohick | Kimberly Christian Cohick |
| **2.** | **All other names used in the last 8 years** | aka Matthew Cohick, aka Matthew W Cohick, aka Matthew William Cohick | aka Kim Cohick, aka Kimberly C Cohick |
| **3.** | **Address** | 1031 Lincoln St<br>Dickson City, PA 18519 | 1031 Lincoln St<br>Dickson City, PA 18519 |
| **4.** | **Debtor's attorney**<br>Name and address | Carlo Sabatini<br>Sabatini Law Firm, LLC<br>216 N. Blakely St.<br>Dunmore, PA 18512 | Contact phone 570–341–9000<br><br>Email:  usbkct@bankruptcypa.com |
| **5.** | **Bankruptcy trustee**<br>Name and address | Jill E. Durkin<br>Durkin Law, LLC<br>(Trustee)<br>401 Marshbrook Road<br>Factoryville, PA 18419 | Contact phone 570–881–4158<br><br>Email:  jilldurkinesq@gmail.com |

For more information, see page 2 >

**Receiving Court Issued Orders and Notices by E–Mail:**   (1) Anyone can register for the Electronic Bankruptcy Noticing program at ebn.uscourts.gov. (2) Only Debtors can register for DeBN (Debtor's Electronic Bankruptcy Noticing) by filing a DeBN Request form (www.pamb.uscourts.gov/debn–form), with the Clerk of Court. Both options are FREE and allow the clerk to quickly send you Court Issued Orders and Notices by E–Mail.

| 6. | **Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | Max Rosenn U.S. Courthouse 197 South Main Street Wilkes–Barre, PA 18701 | Hours open: Monday – Friday 9:00 AM to 4:00 PM<br><br>Contact phone (570) 831–2500<br><br>Date: 5/13/26 |
|---|---|---|---|

| 7. | **Meeting of creditors** Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.<br><br>**\*Valid photo ID and proof of Social Security number are required\*** | **Date:  June 16, 2026 at 09:45 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>For additional information use the QR code or visit:<br><br>https://www.justice.gov/ust/ust–regions–r03/region–3–section–341–meetings–0#TrusteeZoom<br><br>The Court does not endorse or exercise any responsibility of the content at this link. | **Location:**<br>Meeting held by Zoom, visit join.zoom.us, Enter Meeting ID 819 597 0379, Click on Join using passcode 6228655530, or call 1–272–239–0678<br><br> |

| 8. | **Presumption of abuse** If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. |
|---|---|---|

| 9. | **Deadlines** The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 8/15/26** |
|---|---|---|---|
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |

| 10. | **Proof of claim** Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. |
|---|---|---|

| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
|---|---|---|

| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |
|---|---|---|

Case 5:26-bk-01369-MJC    Doc 8    Filed 05/15/26    Entered 05/16/26 00:28:53    Desc
Imaged Certificate of Notice    Page 6 of 6