Certificate Number: 17082-PAM-DE-040998685

Bankruptcy Case Number: 26-01369



17082-PAM-DE-040998685

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>May 20, 2026</u>, at <u>8:37</u> o'clock <u>AM MST</u>, <u>MATTHEW W COHICK</u> completed a course on personal financial management given <u>by internet</u> by <u>Summit Financial Education, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>May 20, 2026</u>　　　　　　　By: 　<u>/s/Orsolya K Lazar</u>

　　　　　　　　　　　　　　　　　　Name: <u>Orsolya K Lazar</u>

　　　　　　　　　　　　　　　　　　Title: <u>Executive Director</u>