Carlo Sabatini, ID # 83831
Attorney for Debtors
Sabatini Law Firm, LLC
216 N. Blakely St.
Dunmore, PA 18512
(570) 341-9000

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re Matthew & Kimberly Cohick, | Chapter 7 |
| Debtors | Case No. 5:26-bk-01369-MJC |

## CERTIFICATE OF SERVICE

I, Ashley Weisenfluh, hereby certify that I am today, June 17, 2026, serving a true and correct copy of Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors & Deadlines upon the below creditor by depositing said document in the United States mail, first class, postage prepaid, addressed as follows:

January
176 Grand St., 4th floor
New York, NY 10013

Dated: June 17, 2026

s/Ashley Weisenfluh
Ashley Weisenfluh