# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Matthew William John Cohick,
aka Matthew Cohick, aka Matthew W Cohick, aka
Matthew William Cohick,

**Debtor 1**

Kimberly Christian Cohick,
aka Kim Cohick, aka Kimberly C Cohick,

**Debtor 2**

Chapter 7

Case No. 5:26−bk−01369−MJC

Social Security No.:
xxx−xx−1410 xxx−xx−4991

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

## IT IS ORDERED THAT:

**Jill E. Durkin**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

BY THE COURT
By the Court,



Mark J. Conway, United States Bankruptcy Judge

Dated: August 20, 2026

**fnldecac** (05/18)