United States Bankruptcy Court
Middle District of Pennsylvania

In re: Case No. 26-01369-MJC
Matthew William John Cohick Chapter 7
Kimberly Christian Cohick
Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5 User: admin Page 1 of 4
Date Rcvd: Aug 20, 2026 Form ID: 318 Total Noticed: 57

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 22, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Matthew William John Cohick, Kimberly Christian Cohick, 1031 Lincoln St, Dickson City, PA 18519-1204 |
| 5803354 | + | Cascade Capital Funding LLC, 388 State St Suite 380, Salem, OR 97301-3389 |
| 5803356 | + | Chewy 401(k) Plan, Attn: Zach Tillman, 7700 West Sunrise Boulevard, Plantation, FL 33322-4113 |
| 5803384 | + | MPLI Capital Holdings, 20 S. Clark Street, Suite 1800, Chicago, IL 60603-1841 |
| 5803382 | | Mariner Finance LLC, 737 Scranton Carbondale Hwy, Scranton, PA 18508-1121 |
| 5803388 | | Pennsylvania Physician Services, LLC, Durham & Durham, LLP, 5665 New Northside Dr Ste 510, Atlanta, GA 30328-4649 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5803348 | | Email/Text: mnapoletano@ars-llc.biz | Aug 20 2026 18:55:00 | Ability Recovery Services LLC, PO Box 4262, Scranton, PA 18505-6262 |
| 5803349 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Aug 20 2026 19:01:51 | Affirm, Attn: Bankruptcy Notice, 30 Isabella St Ste 4, Pittsburgh, PA 15212-5862 |
| 5803365 | | Email/Text: correspondence@credit-control.com | Aug 20 2026 18:55:00 | Credit Control LLC, 3300 Rider Trl S Ste 500, Earth City, MO 63045-1338 |
| 5803366 | | Email/Text: correspondence@credit-control.com | Aug 20 2026 18:55:00 | Credit Control, LLC, 8001 Woodland Center Blvd, Suite 200, Tampa, FL 33614 |
| 5803367 | | Email/Text: customercareus@creditcorpsolutionsinc.com | Aug 20 2026 18:55:00 | Credit Corp Solutions, Inc., 121 W Election Road Suite 200, Draper, UT 84020 |
| 5803371 | | Email/Text: vbacchas@crossriverbank.com | Aug 20 2026 18:55:00 | Cross River Bank, 885 Teaneck Rd, Teaneck, NJ 07666-4505 |
| 5803350 | | EDI: CAPITALONE.COM | Aug 20 2026 22:54:00 | Capital One, AttN: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5803351 | + | EDI: CAPITALONE.COM | Aug 20 2026 22:54:00 | Capital One Bank USA NA, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5803352 | | EDI: CAPITALONE.COM | Aug 20 2026 22:54:00 | Capital One Bank USA NA, AttN: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5803353 | + | EDI: CAPITALONE.COM | Aug 20 2026 22:54:00 | Capital One/Walmart, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5803355 | | Email/Text: bankruptcy@celticbank.com | Aug 20 2026 18:55:00 | Celtic Bank, 268 S State St Ste 300, Salt Lake City, UT 84111-5314 |
| 5803357 | ^ | MEBN | Aug 20 2026 18:54:11 | Chime Financial/Stride Bank, PO Box 3448, Enid, OK 73702-3448 |
| 5803359 | | Email/Text: omx-bnc-bk-notices@chime.com | Aug 20 2026 18:55:00 | Chimefin/s, PO Box 417, San Francisco, CA |

| | | | | |
|---|---|---|---|---|
| | | | | 94104-0417 |
| 5803358 | | Email/Text: omx-bnc-bk-notices@chime.com | Aug 20 2026 18:55:00 | Chimefin/s, Attn: Bankruptcy, PO Box 417, San Francisco, CA 94104-0417 |
| 5803360 | + | EDI: COMCASTCBLCENT | Aug 20 2026 22:54:00 | Comcast Corporation, Comcast Center 1701 John F Kennedy Blvd, Philadelphia, PA 19103-2899 |
| 5803361 | | EDI: WFNNB.COM | Aug 20 2026 22:54:00 | Comenity Bank/Victoria's Secret, PO Box 182789, Columbus, OH 43218-2789 |
| 5803362 | | EDI: WFNNB.COM | Aug 20 2026 22:54:00 | Comenity Capital/Biglots Credit, PO Box 182120, Columbus, OH 43218-2120 |
| 5803363 | | EDI: WFNNB.COM | Aug 20 2026 22:54:00 | Comenity Capital/Carter, PO Box 182120, Columbus, OH 43218-2120 |
| 5803364 | + | EDI: WFNNB.COM | Aug 20 2026 22:54:00 | Comenity Capital/Children's Place, PO Box 182120, Columbus, OH 43218-2120 |
| 5803368 | | Email/PDF: creditonebknotifications@resurgent.com | Aug 20 2026 19:01:51 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 5803369 | | Email/PDF: creditonebknotifications@resurgent.com | Aug 20 2026 19:01:59 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 5803370 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 20 2026 19:01:51 | Credit One Bank, N.A., 335 Madison Ave, New York, NY 10017-4611 |
| 5803372 | | EDI: AMINFOFP.COM | Aug 20 2026 22:54:00 | First Premier, Attn: Bankruptcy, 601 S Minnesota Ave, Sioux Falls, SD 57104-4824 |
| 5803373 | | Email/Text: contact@fiwlaw.com | Aug 20 2026 18:55:00 | Frederic I. Weinberg and Associates P.C., 375 E Elm St Ste 210, Conshohocken, PA 19428-1973 |
| 5803375 | | EDI: JPMORGANCHASE | Aug 20 2026 22:54:00 | JPMorgan Chase Bank, Attn: Bankruptcy, PO Box 15299, Wilmington, DE 19850-5299 |
| 5803374 | ^ | MEBN | Aug 20 2026 18:54:43 | January, 176 Grand St 4th Floor, New York, NY 10013-3786 |
| 5803377 | | Email/Text: bankruptcies@lead.bank | Aug 20 2026 18:55:00 | Lead Bank, 1801 Main Street, Kansas City, MO 64108 |
| 5803379 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 20 2026 19:01:51 | LVNV Funding LLC, Resurgent Correspondence, Attn: Bankrupt, PO Box 1269, Greenville, SC 29602-1269 |
| 5803380 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 20 2026 19:01:59 | LVNV Funding LLC, PO Box 10497, Greenville, SC 29603-0497 |
| 5803376 | ^ | MEBN | Aug 20 2026 18:54:24 | Law Offices of Hayt, Hayt & Landau LLC, 2 Industrial Way West, PO Box 500, Eatontown, NJ 07724-0500 |
| 5803385 | ^ | MEBN | Aug 20 2026 18:54:02 | MRS BPO, LLC, 1930 Olney Ave, Cherry Hill, NJ 08003-2016 |
| 5803381 | | Email/Text: bankruptcy@marinerfinance.com | Aug 20 2026 18:55:00 | Mariner Finance, Attn: Bankruptcy, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 5803383 | | Email/Text: bankruptcydpt@mcmcg.com | Aug 20 2026 18:55:00 | Midland Credit Management, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 5803389 | | EDI: PRA.COM | Aug 20 2026 22:54:00 | Portfolio Recovery Associates, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 5803390 | | EDI: PRA.COM | Aug 20 2026 22:54:00 | Portfolio Recovery Associates, LLC, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 5803391 | ^ | MEBN | Aug 20 2026 18:54:05 | PPL Electric Utilities, 2 N 9th St, Allentown, PA 18101-1139 |
| 5803392 | | Email/Text: signed.order@pfwattorneys.com | Aug 20 2026 18:55:00 | Pressler, Felt & Warshaw LLP, 7 Entin Rd, Parsippany, NJ 07054-5020 |

| | | | | |
|---|---|---|---|---|
| 5803386 | ^ | MEBN | Aug 20 2026 18:54:03 | Patenaude & Felix, A.P.C, 9619 Chesapeake Dr Ste 300, San Diego, CA 92123-1392 |
| 5803387 | | Email/Text: csc.bankruptcy@amwater.com | Aug 20 2026 18:55:00 | Pennsylvania American Water Co., PO Box 578, Alton, IL 62002-0578 |
| 5803394 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 20 2026 19:01:55 | Resurgent Capital Services, 55 Beattie Pl Ste 110, Greenville, SC 29601-5115 |
| 5803396 | | Email/Text: bankruptcy@springoakscapital.com | Aug 20 2026 18:55:00 | Spring Oaks Capital, LLC, Attn: Bankruptcy, PO Box 1216, Chesapeake, VA 23327-1216 |
| 5803395 | | Email/Text: bankruptcy@sw-credit.com | Aug 20 2026 18:55:00 | Southwest Credit Systems, 4120 International Pkwy Ste 1100, Carrollton, TX 75007-1958 |
| 5803397 | | EDI: SYNC | Aug 20 2026 22:54:00 | Synchrony Bank/Sam's Club, PO Box 965064, Orlando, FL 32896-5064 |
| 5803398 | | EDI: WTRRNBANK.COM | Aug 20 2026 22:54:00 | TD Bank USA/Target Credit, C/O Financial & Retail Services Mailstop, PO Box 9475, Minneapolis, MN 55440-9475 |
| 5803399 | | Email/Text: nlorenz@bankofmissouri.com | Aug 20 2026 18:55:00 | The Bank of Missouri, PO Box 400, Dixon, MO 65459-0400 |
| 5803400 | | Email/Text: media@trueaccord.com | Aug 20 2026 18:55:00 | True Accord, 303 2nd St Ste 750, San Francisco, CA 94107-1366 |
| 5803401 | | Email/Text: bknotice@upgrade.com | Aug 20 2026 18:55:00 | Upgrade Inc., Attn: Bankruptcy, 275 Battery St, Fl 23, San Francisco, CA 94111-3305 |
| 5803402 | + | Email/Text: UpStart@ebn.phinsolutions.com | Aug 20 2026 18:55:00 | Upstart Network Inc., PO Box 1503, San Carlos, CA 94070-7503 |
| 5803403 | + | EDI: VERIZONCOMB.COM | Aug 20 2026 22:54:00 | Verizon Wireless, 500 Technology Drive, Saint Charles, MO 63304-2225 |
| 5803404 | | EDI: VERIZONCOMB.COM | Aug 20 2026 22:54:00 | Verizon Wireless, 500 Technology Dr Ste 550, Weldon Spring, MO 63304-2225 |
| 5803405 | ^ | MEBN | Aug 20 2026 18:54:41 | Weltman, Weinberg & Reis Co., L.P.A., 520 Walnut St, Suite 1355, Philadelphia, PA 19106-3602 |

TOTAL: 51

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5803378 | *P++ | LEAD BANK, 1801 MAIN STREET, KANSAS CITY MO 64108-2352, address filed with court:, Lead Bank, 1801 Main Street, Kansas city, MO 64108 |
| 5803393 | *P++ | PRESSLER FELT & WARSHAW LLP, 7 ENTIN RD, PARSIPPANY NJ 07054-0245, address filed with court:, Pressler, Felt & Warshaw, LLP, 7 Entin Rd, Parsippany, NJ 07054-5020 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2026 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 20, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Carlo Sabatini | on behalf of Debtor 1 Matthew William John Cohick usbkct@bankruptcypa.com kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatini.carlob107053@notify-prod.bestcase.com;ashley.bankruptcypa.com@recap.email |
| Carlo Sabatini | on behalf of Debtor 2 Kimberly Christian Cohick usbkct@bankruptcypa.com kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatini.carlob107053@notify-prod.bestcase.com;ashley.bankruptcypa.com@recap.email |
| Jill E. Durkin | jilldurkinesq@gmail.com PA92@ecfcbis.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Matthew William John Cohick<br>First Name Middle Name Last Name | Social Security number or ITIN | xxx–xx–1410 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Kimberly Christian Cohick<br>First Name Middle Name Last Name | Social Security number or ITIN | xxx–xx–4991 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | | |
| Case number: | 5:26–bk–01369–MJC | | |

# Order of Discharge

**12/15**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Matthew William John Cohick
aka Matthew Cohick, aka Matthew W Cohick,
aka Matthew William Cohick

Kimberly Christian Cohick
aka Kim Cohick, aka Kimberly C Cohick

8/20/26

**By the court:**

Mark J. Conway, United States
Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;
- debts for most student loans;
- debts for most taxes;
- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- debts for most fines, penalties, forfeitures, or criminal restitution obligations;
- some debts which the debtors did not properly list;
- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and
- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**